UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANN and MUHAMMAD CHAUDHRY,<br><br>                          Plaintiffs,<br>          v.<br><br>AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY,<br><br>                          Defendant. | NO. 3:20-cv-06005-RSL<br><br>ORDER AUTHORIZING WITHDRAWAL AND SUBSTITUTION OF PLAINTIFFS' COUNSEL |

This matter comes before the Court on the unopposed "Motion for an Order Authorizing Withdrawal of Counsel" filed by Matthew Edwards of Owens Davies, P.S. (Dkt. # 9) and the notice of substitution filed by Darrell L. Cochran of Pfau Cohran Vertetis Amala (Dkt. # 11). Mr. Edwards is hereby GRANTED leave to withdraw as counsel for plaintiffs in the above-captioned matter. The Clerk of Court shall substitute Mr. Cochran as plaintiffs' counsel.

Dated this 5th day of January, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER AUTHORIZING WITHDRAWAL AND
SUBSTITUTION OF PLAINTIFFS' COUNSEL - 1 -