UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANN CHAUDHRY, *et al.*,<br><br>       Plaintiffs,<br><br> vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>       Defendant. | CASE NO. 3:20-cv-06005-RSL<br><br>**STIPULATION AND ORDER GRANTING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |



**COMES NOW** Plaintiffs, Ann Chaudhry and Muhammad Chaudhry, and, pursuant to LCR 83.2(b), request an order granting leave for Pfau Cochran Vertetis Amala, PLLC to withdraw as counsel of record for Ann Chaudhry and Muhammad Chaudhry and for Scuderi Law Offices, P.S. to substitute as counsel of record for Plaintiffs Ann Chaudhry and Muhammad Chaudhry. The requested withdrawal and substitution of counsel would not leave the Plaintiffs unrepresented by counsel.

Plaintiffs and Defendant hereby stipulate, by and through their attorneys, that, pursuant to LCR 83.2(b), Pfau Cochran Vertetis Amala, PLLC will withdraw as counsel of record for Plaintiffs Ann Chaudhry and Muhammad Chaudhry and Scuderi Law Offices, P.S. will substitute as counsel for Plaintiffs Ann Chaudhry and Muhammad Chaudhry.

DATED this 9th day of March, 2021.

**PFAU COCHRAN VERTETIS AMALA, PLLC**

By  /s/ Darrell L. Cochran
    Darrell L. Cochran, WSBA No. 22851
    Christopher E. Love, WSBA No. 42832
    Alexander G. Dietz, WSBA No. 54842
    *Attorneys for Plaintiffs*

**SCUDERI LAW OFFICES, P.S.**

By  /s/ Joseph Scuderi
    Joseph Scuderi, WSBA No. 26623
    *Attorney for Plaintiffs*



911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

403 Columbia Street, Suite 500
Seattle, WA 98104
Phone: (206) 462-4334  Facsimile: (206) 623-3624

|     |
| --- |
| 1   |
| 2   |
| 3   |
| 4   |
| 5   |
| 6   |
| 7   |
| 8   |
| 9   |
| 10  |

**COLE WATHEN LEID HALL PC**

By  /s/ Rory W. Leid (*signed with authorization*)
    Rory W. Leid, WSBA No. 25075
    Kimberly Larsen Rider, WSBA No. 42736
    Elyse O'Neill, WSBA No. 46563
    *Attorneys for Defendant*



911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

403 Columbia Street, Suite 500
Seattle, WA 98104
Phone: (206) 462-4334  Facsimile: (206) 623-3624

**ORDER**

**THIS MATTER**, having come on the Motion, Stipulation, and Order Granting Leave for Withdrawal and Substitution of Counsel, and the Court finding the motion to be in order; NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiffs' motion is GRANTED. The Court grants leave for Pfau Cochran Vertetis Amala, PLLC to withdraw as counsel of record for Plaintiffs Ann Chaudhry and Muhammad Chaudhry and for Scuderi Law Offices, P.S. to substitute as counsel for Plaintiffs Ann Chaudhry and Muhammad Chaudhry.

Dated this 10th day of March, 2021.

*Mht S Lasnik*
ROBERT S. LASNIK
United States District Judge



PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company

403 Columbia Street, Suite 500
Seattle, WA 98104
Phone: (206) 462-4334  Facsimile: (206) 623-3624